UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TREX COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICHIGAN'S BEST DECK BUILDERS, LLC, <br><br> Defendant. | 2:21-CV-11237-TGB <br><br> ORDER DISMISSING CASE <br><br> HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 9th day of August, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge